# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141589

KEITH YOHN,
      Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN REGENTS,
JULIA DONOVAN DARLOW, LAURENCE B.
DEITECH, OLIVIA P. MAYNARD, REBECCA
McGOWAN, ANDREA FISCHER NEWMAN,
ANDREW C. RICHTER, S. MARTIN TAYLOR,
KATHERINE E. WHITE, PETER J. POLVERINI,
PAUL H. KRESBSBACH, and MARK D.
SNYDER,
      Defendants-Appellees.

SC: 141589
COA: 294135
Ct of Claims: 08-000109-MZ

_____/

On order of the Court, the application for leave to appeal the July 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk